IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:17-CR-316-H-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| | ) | [DOCKET ENTRY 7] |
| | ) | |
| CHAD ERIC NUTSCH, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of Defendant, it is hereby ORDERED that Docket Entry Number 7 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

This, 24th day of October 2017.

_____
HONORABLE MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE