IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:17-CR-316-H-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| | ) | [DOCKET ENTRY NUMBER 14] |
| CHAD ERIC NUTSCH, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of Defendant, it is hereby **ORDERED** that Docket Entry Number 14 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

This, 3rd day of January 2018.

_____
HONORABLE MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE