In The United States District Court
For the Eastern District of North Carolina
Western Division

| United States of America,<br>Plaintiff,<br><br>v.<br><br>Chad Eric Nutsch,<br>Defendant. | Case No. 5:20-CV-20-D<br>Case No. 5:17CR00316 |

## ORDER GRANTING MOTION TO SEAL

Before the Court is Chad Eric Nutsch's Motion to Seal Exhibit One. After considering the matter, the motion will be **GRANTED**. The proposed sealed exhibit contains sensitive financial, investigative and grand jury information that should not be made available to the public.

SO ORDERED. This 30 day of July 2020.

JAMES C. DEVER III
United States District Judge