IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CR-316-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHAD ERIC NUTSCH, | ) | |
| | ) | |
| Defendant. | ) | |

On December 21, 2020, Chad Eric Nutsch ("Nutsch" or "defendant") moved pro se to amend his compassionate release request. See [D.E. 126]. On June 17, 2021, Nutsch was released from the Bureau of Prisons. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Chad Eric Nutsch") (last visited June 22, 2021). In light of defendant's release, the motion to amend his compassionate release request [D.E. 126] is DISMISSED AS MOOT.

SO ORDERED. This 22 day of June 2021.

JAMES C. DEVER III
United States District Judge